UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA G. MARINELLI,<br><br>       Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>       Defendant. | Case No.  20-cv-07902-VC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>Re: Dkt. No. 10 |

      The motion for a 60-day extension of the deadline to file the certified electronic administrative record and to answer the complaint is granted. It's worth emphasizing, however, that the Commissioner bears responsibility for compiling and filing these records in a timely manner, even during a pandemic. The cost of delay is too great for the claimants involved in these cases. Accordingly, no further extensions of this deadline will be granted.

      **IT IS SO ORDERED.**

Dated: March 3, 2021

VINCE CHHABRIA
United States District Judge